# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Pro Se Electronic Notification Registration Form

Name: Tyler Davis

Address: 1118 Bobbie Street

City: Augusta State: KS Zip: 67010

Phone: 316-207-2649

---

Internet E-mail Address: tylerdaviscast@gmail.com

---

**I AM REGISTERING FOR ELECTRONIC NOTIFICATION ONLY***

By registering, I consent to electronic service of all documents. Documents will be sent to the email address provided above. I agree that it is my responsibility to notify the court of any change to my email address and acknowledge that failing to maintain a current email address in the court's records may result in failing to receive documents filed in my case by the court or opposing counsel. I also acknowledge that I will be responsible for any costs incurred if I should choose to print documents that I receive electronically.

8/28/2026
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

Return this form via hand delivery or U.S. Mail to : Clerk, U.S. District Court
Electronic Filing Registration
259 U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

OR fax completed form to: 913-735-2201

OR email completed form to: ksd_attorney_registration@ksd.uscourts.gov

***If you want to electronically file your documents in addition to receiving electronic notifications, you must complete the electronic filing registration process for non-attorneys through PACER.gov. For complete information, contact Attorney Registration at the phone number or email address above, or visit ksd.uscourts.gov .**