**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

TYLER DAVIS,

Plaintiff,

v. Case No. 26-1265-JWB

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT, et al.,

Defendants.

# PRO SE CASE MANAGEMENT ORDER

The Court has received and filed your complaint. The above case number has been assigned to your action. You must include the complete case number on all documents sent to the Court for filing in this case. Failure to do so will result in delayed processing of your documents.

You are required to serve the defendant(s) in accordance with Federal Rule of Civil Procedure 4(m) with the complaint and summons. You will need to complete AO 440 summons form for each named defendant and send the form to the clerk's office for processing and issuance. Under Rule 4(c)(2), you cannot personally serve the defendant(s) but must hire a process server or have someone who meets the requirements under Rule 4 serve the defendant(s). Refer to Rule 4 and K.S.A. § 60-303, 304 for the rules and deadlines pertaining to serving the complaint and summons. The court's website also contains a Pro Se Guide which includes a section on serving the defendants. *See Filing Your Lawsuit in Federal Court: A Pro Se Guide*, available at https://ksd.uscourts.gov/resource-materials.

## The following applies throughout your entire case:

1) The Court will keep track of your filings on a docket sheet. A docket sheet is a formal record on which judges or court clerks briefly note all proceedings and filings in a court case. If you wish to receive a copy of the docket sheet or a copy of any other pleading in your case from the Court, the cost is $0.50 per page and must be prepaid. You may also register to receive electronic service of documents filed in your case to your email address by completing and returning to the clerk's office the Pro Se Electronic Notification Registration Form. Electronic access to the docket is also available via the PACER website (www.pacer.uscourts.gov).

2) Do not include dates of birth, social security numbers, names of minors, or financial account numbers in your pleadings. See Fed. R. Civ. P. 5.2. Redact this information prior to filing.

3) All filings must contain the case caption, case number, title of the document, and be signed in accordance with Fed. R. Civ. P. 11(a) and D. Kan. Rule 5.1(b)(1). Do not file one document with multiple case numbers listed or request filing in all of your pending cases. Documents without a case number may not be filed, and documents with multiple case numbers will only be filed in the first case number listed. If you are pursuing more than one action in this Court, you must submit a separate original document with the appropriate case number for each action in which you want the document filed.

4) Only write on one side of a page and number any additional pages that are included in a filing.

5) Do not file a motion if you have another motion on the same subject matter already pending before the Court. Filing multiple motions requesting the same relief is a litigation tactic that strains the resources of the Court and generally delays a decision in the case. The Court may impose sanctions on parties who engage in such litigation tactics. Any duplicate motions may be summarily denied.

6) Refrain from filing affidavits, declarations, or exhibits, unless they are filed in support of a motion or response/reply to a motion.

7) Any motion seeking an extension of time to perform an act required or allowed to be done within a specified time must be filed as soon as possible and in no event less than three days before the specified time. D. Kan. Rule 6.1(a).

8) A motion to amend the complaint must attach the proposed amended complaint. D. Kan. Rule 15.1(a)(2). A supplement to a complaint must comply with Fed. R. Civ. P. 15(d) and must contain incidents that occurred after you filed your complaint and that are directly related to your original claim.

9) Multiple plaintiffs cannot bring claims in the same complaint or amended complaint unless all plaintiffs sign the complaint and meet the requirements of Fed. R. Civ. P. 20(a)(1). This means that at least one claim of all plaintiffs "aris[es] out of the same transaction, occurrence, or series of transactions or occurrences" and raises "a question of law or fact" common to all plaintiffs.

10) You must notify the clerk in writing of any change of address. D. Kan. Local Rule 5.1(b)(3) provides that all pro se parties must notify the clerk of any change of address or telephone number.

11) Do not file any "letters" or "notices" (other than a notice of a change of address or a notice of voluntary dismissal) to the Court, the Clerk, or a judge. All requests for relief must be in the form of a motion. The court may strike any letters or notices that are filed without a motion.

12) After your case is closed, do not file anything in the closed case other than a notice of appeal or a motion under Fed. R. Civ. P. 59(e) or 60.

13) Any person who is not a named plaintiff or defendant in the case ("Nonparty") is not allowed to file in a case, absent very limited circumstances. Therefore, any documents submitted by a nonparty attempting to file for you or on your behalf will be returned without filing.

14) The Clerk will not do the following: calculate case deadlines; provide legal advice or conduct research on your behalf; talk to the judge on your behalf; provide a free copy of filed or unfiled documents received by the Clerk; forward documents to other courts or agencies on your behalf; advise you as to how or when a judge will rule on a motion or make a decision regarding your case; interpret Local Rules, a Court order, or the Federal Rules of Civil Procedure; advise you as to what you should include in your documents; provide a copy of the Federal Rules of Civil Procedure or the Court's Local Rules; respond in writing to individual inquiries regarding the status of your case.

15) Letters addressed to the Judge and/or the Judge's staff are prohibited and the Court will not respond to these letters.

16) Any use of Artificial Intelligence ("AI") in preparing court filings must comply with Standing Order 26-01 (In Re: Use of Artificial Intelligence In Preparing Court Filings). This order requires a litigant to review and verify the accuracy of all content filed with the court that was drafted or assisted using an AI tool. If you file a document that contains false statements of fact or law, you may be subject to sanctions, which could include the filing being struck, the imposition of filing restrictions, or dismissal of your case.

**All litigants are required to follow the Rules of Practice of the United States District Court for the District of Kansas and the Federal Rules of Civil Procedure. Litigants must also comply with Standing Orders of the court which can be found on the court's website. The court's pro se filing guideline provides additional resources.**

IT IS SO ORDERED. Dated this 4th day of September 2026.

__ s/ John Broomes__________
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE