# UNITED STATES DISTRICT COURT

for the

District of Kansas

**FILED**
**U.S. District Court**
**District of Kansas**
09/04/2026

**Clerk, U.S. District Court**
**By:** LGB **Deputy Clerk**

Tyler Davis

*Plaintiff(s)*

v.

Kansas Department of Health and Environment

*Defendant(s)*

Civil Action No. 6:26-cv-01265-JWB-BGS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kansas Department of Health and Environment
c/o Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Davis
1118 Bobbie Street
Augusta, KS 67010
3162072649
tylerdaviscast@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2026

s/ J. Kendall
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

Civil Action No. 6:26-cv-01265-JWB-BGS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kansas Department of Health and Environment
was received by me on *(date)* 08/28/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

☒ Other *(specify)*:
Service by return receipt delivery pursuant to K.S.A. 60-303(c). Summons and complaint mailed by certified mail to the Kansas Attorney General, 120 SW 10th Avenue, 2nd Floor, Topeka, KS 66612-1597, and delivered on August 31, 2026, as evidenced by the attached USPS return receipt.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/4/2026

[signature]
*Server's signature*

Tyler Davis, Plaintiff
*Printed name and title*

1118 Bobbie Street
Augusta, KS 67010
*Server's address*

Additional information regarding attempted service, etc:

Certified mail tracking no. 9590 9402 9367 5002 5928 60. USPS return receipt showing delivery to Kansas Attorney General's Office on August 31, 2026 attached.

**SENDER:** ***COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Kris W. Kobach, Office of the Kansas Attorney general
120 SW 10th Avenue, 2nd floor
Topeka, KS 66612

9590 9402 9367 5002 5928 60

2. Article Number *(Transfer from service label)*

9589 0710 5270 0459 7972 82

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
AUG 31 2026
Kansas Attorney General

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

KANSAS CITY 640
2 SEP 2026 PM 4 L

9590 9402 9367 5002 5928 60

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

Tyler Davis
1118 Bobbie St.
Augusta, KS 67010